UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paul Stanton,

                Plaintiff,

v.

Minnesota Department of Transportation,

                Defendant.

Civil No. 06-4027 (RHK/JSM)

**ORDER**

---

Based on the parties' Stipulation of Dismissal With Prejudice (Doc. No. 15), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, without fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 3, 2007

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge